1  Stephen M. Doniger, Esq. (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs, Esq. (SBN 235718)
   scott@donigerlawfirm.com
3
   Regina Y. Yeh, Esq. (SBN 266019)
4  regina@donigerlawfirm.com
5  DONIGER / BURROUGHS APC
   300 Corporate Pointe, Suite 355
6  Culver City, California 90230
7  Telephone: (310) 590-1820
   Facsimile:  (310) 417-3538
8
9  Attorneys for Plaintiff

10
11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13  L.A. PRINTEX INDUSTRIES, INC., a      Case No.
    California Corporation,
14                                         **CV11 - 01557** JFW (JEMx)
15                                         PLAINTIFF'S COMPLAINT FOR:
        Plaintiff,
                                           1. COPYRIGHT
16  v.                                        INFRINGEMENT;

17                                         2. VICARIOUS AND/OR
                                              CONTRIBUTORY COPYRIGHT
18  JALOUX RETAIL, INC., a California         INFRINGEMENT.
    Corporation; 4 J'S FABRIC, INC., a
19  California Corporation; and DOES 1     Jury Trial Demanded
    through 10;
20
21      Defendants.

22

23

24      L.A. Printex Industries, Inc. ("Plaintiff"), by and through its undersigned

25  attorneys, hereby prays to this honorable Court for relief based on the following:

26

27              **INTRODUCTION**

28      Plaintiff creates and obtains rights to unique two-dimensional graphic

                            - 1 -

artworks for use on textiles, which textiles are transacted primarily in the apparel industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit.  Plaintiff's business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable and aesthetically-appealing designs. Customers of Plaintiff, which Plaintiff believes include Doe Defendants herein, take design samples with the understanding and agreement that they will only utilize Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere, yet use those designs in furtherance of their business in violation of both their contractual agreement with Plaintiff and Plaintiff's copyrights.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331(m), 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff L.A. PRINTEX INDUSTRIES, INC. ("Plaintiff") is a corporation organized and existing under the laws of the State of California with its principal place of business located at 3270 East 26th Street, Vernon, California 90023.

5. Plaintiff is informed and believes and thereon alleges that Defendant JALOUX RETAIL, INC. ("JALOUX") is a corporation organized and existing

1   under the laws of the State of California, with its principal place of business

2   located at 340 East Colorado Boulevard #117, Pasadena, California 91101

3        6.  Plaintiff is informed and believes and thereon alleges that Defendant 4

4   J'S FABRIC, INC. ("4 J'S FABRIC") is a corporation organized and existing

5   under the laws of the State of California, with its principal place of business

6   located at 5885 Rickenbacker Road, Los Angeles, California 90040.

7        7.  Plaintiff is informed and believes and thereon alleges that some of

8   Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of

9   garments to Defendant, which DOE Defendants have manufactured and/or

10  supplied and are manufacturing and/or supplying garments comprised of fabric

11  printed with unauthorized reproductions of Plaintiff's copyrighted Design **D40093**

12  (as hereinafter defined) without Plaintiff's knowledge or consent or have

13  contributed to said infringement.  The true names, whether corporate, individual or

14  otherwise of Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff,

15  which therefore sues said Defendants by such fictitious names and will seek leave

16  to amend this complaint to show their true names and capacities when same have

17  been ascertained.  Defendants DOES 4 through 10, inclusive, are other parties not

18  yet identified who have infringed Plaintiff's copyrights, have contributed to the

19  infringement of Plaintiff's copyrights, or have engaged in one or more of the

20  wrongful practices alleged herein. The true names, whether corporate, individual

21  or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to

22  Plaintiff, which therefore sues said Defendants by such fictitious names, and will

23  seek leave to amend this Complaint to show their true names and capacities when

24  same have been ascertained.

25       8.  Plaintiff is informed and believes and thereon alleges that at all times

26  relevant hereto each of the Defendants was the agent, affiliate, officer, director,

27  manager, principal, alter-ego, and/or employee of the remaining Defendants and

28  was at all times acting within the scope of such agency, affiliation, alter-ego

- 3 -

COMPLAINT

1   relationship and/or employment; and actively participated in or subsequently
2   ratified and adopted, or both, each and all of the acts or conduct alleged, with full
3   knowledge of all the facts and circumstances, including, but not limited to, full
4   knowledge of each and every violation of Plaintiff's rights and the damages to
5   Plaintiff proximately caused thereby.

6

7   **CLAIMS RELATED TO DESIGN NO. D40093**

8       9.   Prior to the conduct complained of herein, Plaintiff composed an
9   original two-dimensional artwork for purposes of textile printing.  It allocated this
10  design Plaintiff's Internal Design Number D40093 ("Subject Design").  A true and
11  correct image of Subject Design is attached as Exhibit 1.

12      10. Plaintiff applied for and received copyright registration for Subject
13  Design on April 29, 2004, with Subject Design being granted Copyright
14  Registration No. VAu 628-196.  A copy of said registration is attached as Exhibit
15  2.

16      11. Prior to the acts complained of herein, Plaintiff sampled and sold fabric
17  bearing Subject Design to numerous parties in the fashion and apparel industries.

18      12. Following this distribution of product bearing Subject Design, Plaintiff's
19  investigation revealed that certain entities within the fashion and apparel industries
20  had misappropriated Subject Design, and were selling fabric and garments bearing
21  illegal reproductions and derivations of Subject Design.

22      13. Specifically, Plaintiff's investigation revealed that garments with a
23  fabric design identical or substantially similar to Subject Design were being sold
24  by JALOUX, and manufactured by 4 J'S FABRIC.  These garments include, but
25  are not limited to garments sold at JALOUX under SKU 00-10116090, bearing 4
26  J'S FABRIC internal style number MD3221 ("Infringing Garment").

27      14. Plaintiff is informed and believes and thereon alleges that above-
28  referenced garments were sold by Defendants, and each of them, in numerous

-4-

COMPLAINT

1   styles, sizes, cuts and colors, and notes that the garments at issue in this case are
2   any garments that Defendants created, manufactured, caused to be manufactured,
3   imported, distributed, and/or sold that may infringe Plaintiff's rights in Subject
4   Design.  An exemplar of an infringing garment sold by JALOUX and
5   manufactured by 4 J'S FABRIC in reference to the Subject Design is attached
6   hereto as Exhibit 3.
7
8                           **FIRST CLAIM FOR RELIEF**
9              (For Copyright Infringement - Against All Defendants, and Each)
10         15. Plaintiff repeats, realleges and incorporates herein by reference as
11   though fully set forth the allegations contained in Paragraphs 1 through 14,
12   inclusive, of this Complaint.
13         16. Plaintiff is informed and believes and thereon alleges that Defendants,
14   and each of them, had access to Subject Design, including but not limited to (a)
15   access to Plaintiff's showroom and/or design library; (b) access to illegally
16   distributed copies of the Subject Design by third-party vendors, including but not
17   limited to international and/or overseas converters and printing mills; and (c)
18   access to Plaintiff's strike-offs and samples.
19         17. Plaintiff is informed and believes and thereon alleges that one or more of
20   the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is
21   further informed and believes and thereon alleges that said Defendant(s) has an
22   ongoing business relationship with Defendant retailers, and each of them, and
23   supplied garments to such retailers that infringed the Subject Design by utilizing
24   fabrics which featured unauthorized print designs that were identical or
25   substantially similar to the Subject Design.
26         18. Plaintiff is informed and believes and thereon alleges that Defendants,
27   and each of them, infringed Plaintiff's copyrights by creating, making and/or
28   developing directly infringing and/or derivative works from the Subject Design

1  and by producing, distributing and/or selling Infringing Garment through a

2  network of retail stores and through on-line websites.

3      19. Due to Defendants' acts of infringement, Plaintiff has suffered

4  substantial damages to its business in an amount to be established at trial.

5      20. Due to Defendants' acts of infringement, Plaintiff has suffered general

6  and special damages in an amount to be established at trial.

7      21. Due to Defendants' acts of copyright infringement as alleged herein,

8  Defendants, and each of them, have obtained direct and indirect profits they would

9  not otherwise have realized but for their infringement of the Subject Design.  As

10  such, Plaintiff is entitled to disgorgement of Defendants' profits directly and

11  indirectly attributable to Defendants' infringement of the Subject Design in an

12  amount to be established at trial.

13      22. Plaintiff is informed and believes and thereon alleges that Defendants,

14  and each of them, have continued to import, manufacture, cause to be

15  manufactured and/or sell Infringing Garments after Plaintiff demanded that they

16  cease and desist from engaging in same. Therefore, Defendants' acts of copyright

17  infringement as alleged above were, and continue to be, willful, intentional and

18  malicious, which further subjects Defendants, and each of them, to liability for

19  statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up

20  to one hundred fifty thousand dollars ($150,000) per infringement.  Further,

21  Defendants', and each of their, willful and intentional misappropriation and/or

22  infringement of Plaintiff's copyrighted Subject Design renders Defendants, and

23  each of them, liable for statutory damages as described herein. Within the time

24  permitted by law, Plaintiff will make its election between actual damages and

25  statutory damages.

26

27                    **SECOND CLAIM FOR RELIEF**

28      (For Vicarious and/or Contributory Copyright Infringement - Against All

- 6 -

Defendants, and Each)

23. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 22, inclusive, of this Complaint.

24. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring the Subject Design as alleged hereinabove.

25. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringements alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

26. By reason of the Defendants', and each of their, acts of contributory infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

27. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

28. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to manufacture and/or sell Infringing Garments after Plaintiff demanded that they cease and desist from engaging in same. Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability therefore, including statutory damages under Section 504(c)(2)

COMPLAINT

1  of the Copyright Act in the sum of one hundred fifty thousand dollars ($150,000)
2  per infringement.  Further, Defendants', and each of their, willful and intentional
3  misappropriation and/or infringement of Plaintiff's copyrighted Subject Design
4  renders Defendants, and each of them, liable for statutory damages as described
5  herein. Within the time permitted by law, Plaintiff will make its election between
6  actual damages and statutory damages.
7
8                              **PRAYER FOR RELIEF**
9  Wherefore, Plaintiff prays for judgment as follows:
10                            ***Against All Defendants***
11   1.  <u>With Respect to Each Claim for Relief</u>
12        a.  That Defendants, their agents and servants be enjoined from selling
13            products, or otherwise, infringing Plaintiff's copyright in the Subject
14            Design;
15        b.  That Plaintiff be awarded all profits of Defendants plus all losses of
16            Plaintiff, the exact sum to be proven at the time of trial, or, if elected
17            before final judgment, statutory damages as available under the
18            Copyright Act, 17 U.S.C. § 101 et seq.;
19        c.  That Plaintiff be awarded its attorneys' fees as available under the
20            Copyright Act 17 U.S.C. § 101 et seq.;
21        d.  That Defendants, and each of them, account to Plaintiff for their
22            profits and any damages sustained by Plaintiff arising from the
23            foregoing acts of infringement;
24        e.  That Plaintiff be awarded pre-judgment interest as allowed by law;
25        f.  That Plaintiff be awarded the costs of this action; and
26        g.  That Plaintiff be awarded such further legal and equitable relief as the
27            Court deems proper.
28    Plaintiff demands a jury trial pursuant to Fed. R. Civ. P. 38 and the 7th

COMPLAINT

Amendment to the United States Constitution.

Dated: February 21, 2011          DONIGER / BURROUGHS APC


By: _____
    Regina Y. Yeh, Esq.
    Attorneys for Plaintiff
    L.A. PRINTEX INDUSTRIES, INC.

- 9 -

COMPLAINT

# EXHIBIT 1



D40093

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA** 
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC   **VAu 628 – 196**



EFFECTIVE DATE OF REGISTRATION

APR 29 2004
Month   Day   Year

---

**TITLE OF THIS WORK ▼**

BORDER GROUP A

**NATURE OF THIS WORK ▼** See Instructions

TEXTILE DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

D-40175, D-40147, D-40093, D-40082

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published as a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

LA PRINTEX

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**

LA PRINTEX

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

---

**a** Year in Which Creation of This Work Was Completed   2003   ◄ Year  This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ _____
ONLY if this work has been published.      ◄ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

LA PRINTEX
3270 E 26th St
Vernon, CA 90023

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 29 2004
**ONE DEPOSIT RECEIVED**
APR 29 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ Account Number ▼

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

LA printex
3270 E 26th st
Vernon, CA 90023

or
ATT: MOON/OWNER

Area code and daytime telephone number ▶ 323' 269-0100

Fax number ▶ 323' 267-0900

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ________
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

8

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Moon Date ▶ 11-08-03

Handwritten signature (X) ▼

X Moon

Certificate will be mailed in window envelope to this address

Name ▼ LA printex

Number/Street/Apt ▼ 3270 E 26th st

City/State/ZIP ▼ Vernon, CA 90023

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

9

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 3





$19.99
dress
Size: M
Color: n/a
Style: md3221

Jaloux Pasadena
340 E. Colorado Blvd. #117
Pasadena, CA  91101
(626)577-9605

| Store: | Date Printed: | 05/05/2008 |
| Register: | Date: | 05/05/2008 |
| Receipt: | 1-1 Time: | 3:53:14 PM |
| Tran type: | | RC00001000143679 |
| Cashier: | Sale | |
| | | 159 |

| STYLE | | | |
| S2 SUBSZ COLR | DESCRIPTION | QTY @ PRICE | SUBTTL |
| md3221 | dress | | |
| M    n | 1 @ 19.99 | 19.99 |
| Sales Assoc.#122 | | |

| | Subtotal | 19.99 |
| | Total Tax | 1.65 |
| | Total | 21.64 |

Total # of Items: 1

VISA***************7539      21.64

                  Balance    0.00
Payment History

05/05/2008 ~************7539   21.64

****************************************

TOTAL CHARGE              21.64
ACCT# VISA***************7539
AUTH  71502C

I AGREE TO PAY THE ABOVE TOTAL CHARGE
PER CARD ISSUER AGREEMENT

JUNG/MOON G

Visit us at JALOUXFASHION.COM
Exchanges and store credits within 30

Cherish

M
MADE IN
CHINA

Stephen M. Doniger, Esq. (SBN 179314)
Regina Y. Yeh, Esq. (SBN 266019)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| L.A. PRINTEX INDUSTRIES, INC., a California Corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-01557 JFW (JEMx) |
| v. | |
| JALOUX RETAIL, INC., a California Corporation; 4 J'S FABRIC, INC., a California Corporation; and DOES 1 through 10 | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Regina Y. Yeh, Esq. (SBN 266019)__, whose address is _DONIGER / BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**JULIE PRADO**

Dated:  FEB 2 2 2011 _____

By: _____
Deputy Clerk

*SEAL*

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>L.A. PRINTEX INDUSTRIES, INC., a California Corporation | DEFENDANTS<br>JALOUX RETAIL, INC., a California Corporation; 4 J'S FABRIC, INC., a California Corporation; and DOES 1 through 10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Regina Y. Yeh, Esq. (SBN 266019) regina@donigerlawfirm.com<br>DONIGER / BURROUGHS APC 300 Corporate Pointe, Suite 355<br>Culver City, California 90230 (310) 590-1820 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No       ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-01557

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                            CIVIL COVER SHEET                                            Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.--Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| JALOUX RETAIL, INC. -- California Corporation<br>4 J'S FABRIC, INC. -- California Corporation | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 02/22/2011

    Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
    or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
    but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 1557 JFW (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
    312 N. Spring St., Rm. G-8
    Los Angeles, CA 90012

[ ] **Southern Division**
    411 West Fourth St., Rm. 1-053
    Santa Ana, CA 92701-4516

[ ] **Eastern Division**
    3470 Twelfth St., Rm. 134
    Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.